### 13403. NORMAN *v.* THE STATE.

BROYLES, C. J. 1. After correctly charging the jury the law in reference to the defendant's statement at the trial, it was not error for the court to add: " remembering that it is not under oath nor subject to the penalties incident to a sworn witness." *Ryals* v. *State*, 125 *Ga.* 266 (1) (54 S. E. 168), and citation.

2. The remaining ground of the amendment to the motion for a new trial is without substantial merit.

3. The defendant's conviction was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 9, 1922.

Indictment for manufacture of liquor: from Wilkes superior court — Judge Shurley. January 21, 1922.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.